UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC,<br><br>                                        Plaintiff,<br><br>         v.<br><br>CATERPILLAR, INC.<br><br>                                        Defendant. | CIVIL ACTION NO.  2:14-cv-01135 |

MOTION FOR WITHDRAWAL OF APPEARANCE OF
RICHARD M. WEIBLEY, ESQUIRE

Richard M. Weibley ("Movant") hereby moves this Court to withdraw his appearance as counsel for Defendant Caterpillar, Inc., in the above-captioned matter.  In support of this Motion, Movant states as follows:

1. Movant is currently listed as an attorney of record for Defendant Caterpillar, Inc. ("Defendant") in the above captioned matter.

2. Defendant hired new local counsel to represent it in the above captioned matter, and requested Movant withdraw his appearance.

3. On October 31, 2014, counsel from Babst, Calland, Clements & Zomnir, P.C. entered their appearance on behalf of Defendant.

4. Defendant will not be harmed or prejudiced as a result of the withdrawal of Movant's appearance.

5.  Babst, Calland, Clements & Zomnir, P.C., will continue to represent Defendant in this matter.

-2-

WHEREFORE, Richard M. Weibley, Esquire, respectfully requests that his appearance be withdrawn in this matter.

Date:   November 3, 2014

*/s/ Richard M. Weibley*
Richard M. Weibley (PA 90958)
PEPPER HAMILTON LLP
50th Floor
500 Grant Street
Pittsburgh, PA   15219
(412) 454-5000
(412) 281-0717 – Fax
weibleyr@pepperlaw.com

*Attorneys for Defendant Caterpillar, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on November 3, 2014, a true and correct copy of the foregoing Motion for Withdrawal of Appearance was served upon all counsel of record via the Court's ECF system.

                                              */s/ Richard M. Weibley*
                                              Richard M. Weibley

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:14-cv-01135 |
| CATERPILLAR, INC. | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of November, 2014, Richard M. Weibley's Motion to Withdrawal of Appearance is hereby GRANTED. The Clerk of the United States Court for the Western District of Pennsylvania is directed to withdraw the appearance of Richard M. Weibley and Pepper Hamilton LLP on behalf of Caterpillar, Inc., in the above-captioned case and to remove Richard M. Weibley from the service list for ECF notices.

BY THE COURT:

_____
J.